IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TIFFANY CARONIA § | |
| § | |
| VS. § | ACTION NO. 4:12-CV-595-Y |
| § | |
| CAROLYN W. COLVIN, Acting § | |
| Commissioner of Social Security § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendations ("FCR") of the United States magistrate judge filed on July 11, 2013; and

3. Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 18, 2013.

Plaintiff makes the same arguments in his objections that were addressed in detail in the magistrate judge's FCR. This Court concludes, after <u>de novo</u> review, that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's FCR.

It is, therefore, ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be and are hereby ADOPTED. The decision of the Commissioner is therefore AFFIRMED.

SIGNED September 13, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE